**Motion Granted and Order filed March 8, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

## NO. 14-11-00663-CV

————————

**RICK BATY, Appellant**

**V.**

**BOWEN, MICLETTE & BRITT, INC., Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-38177**

---

## O R D E R

The reporter's record in this case was due September 27, 2011.  *See* Tex. R. App. P. 35.1.  As of this date, **Katherine Chargaris** has not filed her portion of the reporter's record.  On February 29, 2012, appellant filed a motion to compel **Katherine Chargaris** to file her portion of the record.

The motion is GRANTED.  We order **Katherine Chargaris** to file her portion of the record in this appeal **on or before March 28, 2012.**  If **Katherine Chargaris** does not

timely file her portion of the record as ordered, we will issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.

2